UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:13cr25-2/MCR

BRIAN KEITH THOMAS
_____/

## PRELIMINARY ORDER OF FORFEITURE

WHEREAS, on or about May 7, 2013, defendant **BRIAN KEITH THOMAS** was charged in a twenty-seven count Superseding Indictment with the following: Count One - conspiracy to structure financial transactions, in violation of Title 18, United States Code, Section 371 and Title 31, United States Code, Section 5324(a)(3); Counts Two through Twenty-Four - structuring, in violation of Title 31, United States Code, Sections 5324(a)(3) and 5324(d), Title 31, Code of Federal Regulations, Section 103.11, and Title 18, United States Code, Section 2; Count Twenty-Five – conspiracy to commit bank fraud, in violation of Title 18, United States Code, Section 1344; and Count Twenty-Six – conspiracy to commit money laundering, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i). (Doc. 35).

AND WHEREAS, in said Superseding Indictment, the United States sought forfeiture of the defendant's interest in the following property pursuant to Title 31, United States Code, Section 5317(c), the following property:

**A 1971 fixed wing multi-engine Cessna model 414 aircraft, bearing serial number 414-0168 and assigned N-Number N222RM, registered to CT Prop, LLC;**

**B. A 1972 fixed wing multi-engine Cessna model 414 aircraft, bearing serial number 414-0352 and assigned N-Number N352TS, registered to CT Prop, LLC;**

    **C.**     **A 1973 fixed wing multi-engine Beech model 58 aircraft, bearing serial number TH-373 and assigned N-Number N7358B, registered to CT Prop, LLC;**

    **D.**     **A 1980 fixed wing multi-engine Beech model 95-B55 (T42A) aircraft, bearing serial number TC-2331 and assigned N-Number N3670D, registered to CT Prop, LLC; and,**

    **E.**     **A 1980 fixed wing multi-engine Piper model PA-60-601P aircraft, bearing serial number 61P07748063387 and assigned N-Number N3635A, registered to CT Prop, LLC.**

(Doc. 35).

AND FURTHER, on or about July 25, 2013, the defendant was found guilty by a jury of Counts One through Twenty-Six of the Superseding Indictment. (Doc. 108).

AND WHEREAS, on October 17, 2013, the government filed a Motion for Entry of a Preliminary Order of Forfeiture. (Doc. 128).

THEREFORE, by virtue of the guilty verdict, the United States is now entitled to entry of a Preliminary Order of Forfeiture against all of the defendant's interest in the property identified above, pursuant to Title 31, United States Code, Section 5317(c), Title 18, United States Code, Sections 982(a)(1), 982(a)(2), and 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure; now wherefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That the defendant's right, title and interest in the above identified property is hereby condemned, forfeited and vested in the United States of America, and the United States of America is now entitled to entry of a Preliminary Order of Forfeiture against all of the defendant's interest in the property identified above, pursuant to Title 31, United States Code, Section 5317(c), Title 18, United States Code, Sections 982(a)(1), 982(a)(2), and 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.

2. That a Preliminary Order of Forfeiture is hereby entered in favor of the United States of America against defendant, **BRIAN KEITH THOMAS**, pursuant to the Federal Rules of Criminal Procedure, Rule 32.2.

**DONE AND ORDERED** this 30th day of October, 2013.


_s/ M. Casey Rodgers_
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**