# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 3:13cr25-2/MCR

**BRIAN KEITH THOMAS**

_____/

## FORFEITURE MONEY JUDGMENT

WHEREAS, in the Superseding Indictment in the above-entitled action, the United States sought forfeiture from defendant **BRIAN KEITH THOMAS** pursuant Title 31, United States Code, Section 5317, Title 18, United States Code, Sections 982(a)(1), 982(a)(2), 981(a)(1), and Title 28, United States Code, Section 2461(c), the defendant's interest in any property, real or personal, involved in the violations set forth in Counts One through Twenty-Six and/or any property traceable to such property (Doc. 35);

AND WHEREAS, on or about July 25, 2013, defendant **BRIAN KEITH THOMAS** was found guilty of Counts One through Twenty-Six of the Superseding Indictment (Doc. 108);

AND WHEREAS, THIS CAUSE comes before the Court upon the filing of the government's Motion and Memorandum for Issuance of a Forfeiture Money Judgment in the amount of $1,197,148 against defendant **BRIAN KEITH THOMAS** which upon entry, shall become a final order of forfeiture as to defendant **BRIAN KEITH THOMAS** (Doc. 129);

AND WHEREAS, this Court being fully advised in the premises, hereby finds that the United States has established that it is entitled to a monetary judgment in the amount of $1,197,148 against defendant **BRIAN KEITH THOMAS** pursuant to Title 31, United States Code, Section 5317, Title 18, United States Code, Sections 982(a)(1), 982(a)(2), 981(a)(1), Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure; now wherefore,

**IT IS HEREBY ORDERED:**

1. A forfeiture money judgment in the amount of $1,197,148 is entered against defendant **BRIAN KEITH THOMAS** and shall be included in the sentence of the defendant, and the Attorney General (or a designee) may take steps to collect the judgment from any property of the defendant, in accordance with the substitute asset provisions of Title 18, United States Code, Section 982 and Federal Rules of Criminal Procedure, Rule 32.2.

2. Upon the seizure of any property to satisfy all or part of the judgment, the United States shall, to the extent practicable, provide direct written notice to any persons known to have alleged an interest in the seized property, and shall publish notice of the forfeiture as required by law.

3. That a monetary judgment of forfeiture in the amount of $1,197,148 is hereby entered in favor of the United States against defendant **BRIAN KEITH THOMAS** pursuant to Federal Rules of Criminal Procedure, Rule 32.2.

**IT IS SO ORDERED** this 30th day of October, 2013

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**