# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                             CASE NO. 3:13cr25-2/MCR

BRIAN KEITH THOMAS

_____/

## O R D E R

Upon the Government's Motion and Memorandum for Issuance of a Forfeiture Money Judgment filed October 21, 2013 (doc. 129), the court inadvertently granted the requested relief prior to the timely filing of defendant's response in opposition (doc. 148).[1] Now, upon review and consideration of the defendant's response, the court finds no basis to vacate, set aside, or otherwise amend the Forfeiture Money Judgment entered October 30, 2013 (doc. 140).

**SO ORDERED** this 6th day of November, 2013.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] The court inadvertently overlooked the clear reference contained in the government's motion that defendant did <u>not</u> agree to the entry of a forfeiture money judgment.