IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                                                   Case No. 3:13CR25-MCR

BRIAN KEITH THOMAS

_____/

### THIRD ORDER FOREITING SUBSTITUTE PROPERTY

This matter came before the Court on the Government's Second Motion to Forfeit Substitute Property belonging to defendant Brian Keith Thomas, pursuant to Federal Rules of Criminal Procedure, Rule 32.2(e) and Title 21, United States Code, Section 853(p), to act as partial substitution of the $1,197,148 monetary forfeiture judgment currently due and owing. (Doc. 189).

Having reviewed the government's motion, the defendant's response in opposition, and the government's reply, and considering the relevant evidence presented at trial, the Court finds that the defendant transferred, deposited into the name of third parties, or otherwise disposed of the $1,197,148 in forfeited proceeds, or that said forfeited proceeds cannot be located upon the exercise of due diligence;

WHEREFORE, IT IS HEREBY ORDERED that:

All of defendant Brian Keith Thomas's interest in the below identified property is hereby FORFEITED to the United States as substitute assets and will act as partial satisfaction of the $1,197,148 monetary forfeiture judgment due and owing:

    **A. 2010 Honda Odyssey EX-L (Silver) bearing Vehicle Identification Number – 5FNRL3H77AB041651 with last known license plate being Florida License Tag – PEQ96.**

IT IS FURTHER ORDERED that the defendant shall immediately make said vehicle available to IRS-CI agents and/or their designee so the vehicle may be taken into custody by the government;

IT IS FURTHER ORDERED that the above substitute property is subject to the disposition of any third party claims to said property pursuant to Title 21, United States Code, Section 853;

IT IS FURTHER ORDERED that upon adjudication of all third party interests the United States shall dispose of all of the above identified substitute property in accordance with law.

**IT IS SO ORDERED** this __17th__ day of March, 2014.

M. Casey Rodgers
M. CASEY RODGERS
Chief United States District Court Judge