UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.   Case No. 3:13cr25/MCR

**BRIAN KEITH THOMAS**
_____/

## FINAL ORDER FORFEITING SUBSTITUTE PROPERTY

This matter came before the Court on the Government's Motion for Issuance of a Final Order of Forfeiture for Substitute Assets as to all persons and entities, pursuant to Federal Rules of Criminal Procedure, Rule 32.2(e) and Title 21, United States Code, Section 853(p), to act as partial substitution of the $1,197,148 monetary forfeiture judgment currently due and owing.  (Doc. 241).

AND WHEREAS, on or about January 8, 2014, February 28, 2014, and March 17, 2014, this Court entered Orders Forfeiting Substitute Property, which forfeited defendant Brian Keith Thomas's right, title, and interest in the property identified therein. (Docs. 168, 200, and 211).

AND WHEREAS, as a result, the United States caused to be published a Notice of Forfeiture on the United States official forfeiture website, www.forfeiture.gov, which advised all third parties of their right to petition the Court within sixty days of the first day of publication on www.forfeiture.gov for a hearing to adjudicate the validity of their alleged legal interest in said property.  (Docs. 188, 194, 233, and 239).

AND WHEREAS, notice of forfeiture was mailed on August 4, 2014, to Penny Thomas, 1766 Indian Hills Road, Pelham, Alabama 35124, via U.S. Regular Mail and Certified Mail, Return Receipt Requested and was delivered via certified mail on August 6, 2014. (Doc. 241, Exhibit A).

AND WHEREAS, since that time, no person or entity has made any claim to or declared any interest in said property, and the time for filing petitions has expired.

AND WHEREAS, that as of today the defendant owes a total of approximately $2,179,153.60, which consists of approximately $979,455.60 in restitution, $1,197,148 on the monetary judgment, and $2,550 for the special monetary assessments.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That all right, title and interest in the below identified property:

**A.     All funds held in Merrill Lynch IRA account number XXX-X0219 in the name of Brian Keith Thomas in the amount of approximately $254,753.49 held by Jackson National and/or securities held in annuity Jackson Perspective 2 XC Policy Number XXXXXX73151 which includes any interest earned thereon;**

**B.     All funds held in Regions Bank account number XXXXXX7242 in the name of Brian Keith Thomas and Penny Thomas in the amount of approximately $4,401.42, which includes any interest earned thereon;**

**C.     The real property located at 501 Stoneybrook Lane, Leeds, Alabama (Parcel Number: 25-00-29-3-000-026.000), titled in the name of Brian Keith Thomas and Penny Thomas, with an approximate market value of $77,400.**

**The real property is more particularly described as:**

**Lot 33, according to the Survey of Stoneybrook Plantation, as recorded in Map Book 221, page 7, in the Probate Office of Jefferson County, Alabama, Birmingham Division; and**

  **D.** **2010 Honda Odyssey EX-L (Silver) bearing VIN 5FNRL3H77AB041651.**

is condemned, forfeited and vested in the United States of America.  That said property is forfeited as substitute assets of Brian Keith Thomas to satisfy the financial obligations owed by Brian Keith Thomas in this criminal case.

  2. That all interest accrued on the financial accounts is further forfeited to the government.

  3. That no person or entity has established that they have any legal right, title or interest in said property forfeited to the United States of America, and said forfeitures are now final.

  4. That the United States Marshals Service and/or the Internal Revenue Service - CI shall dispose of said property in accordance with law.

  **IT IS SO ORDERED** this 15th day of April, 2015.


        *s/ M. Casey Rodgers*
        **M. CASEY RODGERS**
        **CHIEF UNITED STATES DISTRICT JUDGE**

Case No. 3:13cr25/MCR