UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 3:13CR25-MCR

BRIAN KEITH THOMAS
_____/

**PRELIMINARY ORDER FORFEITING
SUBSTITUTE PROPERTY**

This matter came before the Court on the United Government's Amended Motion to Forfeit Substitute Property, ECF No. 258, of a bank account in which defendant Brian Keith Thomas has signature authority, pursuant to Federal Rules of Criminal Procedure, Rule 32.2(e) and Title 21, United States Code, Section 853(p), to act as partial substitution of the $1,197,148 monetary forfeiture judgments currently due and owing.  (ECF Nos. 140 & 153).

Having reviewed the government's motion, and considering the relevant evidence presented at trial, the Court finds that the defendant transferred, deposited into the name of third parties, or otherwise disposed of the $1,197,148 in forfeitable proceeds, or that said forfeitable proceeds cannot be located upon the exercise of due diligence;

WHEREFORE, IT IS HEREBY ORDERED that:

All of defendant Brian Keith Thomas's interest in the below identified property is hereby forfeited to the United States as a substitute asset and will act as partial satisfaction of the $1,197,148 monetary forfeiture judgment previously entered:

> **All funds held in Cayman National Bank account titled in the name of Sterling Barnes, Ltd. in which Brian Keith Thomas has signature authority, located in the Cayman Islands with an approximate balance of $5,000.00.**

IT IS FURTHER ORDERED that the above substitute property is subject to the disposition of any third party claims to said property pursuant to Title 21, United States Code, Section 853;

IT IS FURTHER ORDERED that upon adjudication of all third party interests the United States shall dispose of the above identified substitute property in accordance with law.

**IT IS SO ORDERED** this 18th day of October, 2016.


*s/ M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**

Case No. 3:13cr25-MCR