# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 3:13cr25-MCR

BRIAN KEITH THOMAS

_____/

## FINAL ORDER FORFEITING SUBSTITUTE PROPERTY

This matter came before the Court on the Government's Motion for Issuance of a Final Order of Forfeiture for Substitute Assets as to all persons and entities, pursuant to Federal Rules of Criminal Procedure, Rule 32.2(e) and Title 21, United States Code, Section 853(p), to act as partial substitution of the monetary forfeiture judgment currently due and owing.   ECF No. 266.

AND WHEREAS, on or about October 18, 2016, the government filed an Amended Motion to Forfeit Substitute Property asking the Court to forfeit as substitute asset the following property:

> **All funds held in Cayman National Bank account titled in the name of Sterling Barnes, Ltd. in which Brian Keith Thomas has signature authority, located in the Cayman Islands with an approximate balance of $5,000;[1]**

ECF No. 258.

---

[1] The total funds seized from Cayman National Bank account number was $5,124.42.

AND WHEREAS, on or about October 19, 2016, the government entered into an Agreement with Brian Keith Thomas regarding the funds in the Cayman National Bank Account.   ECF No. 260.   Pursuant to the Agreement, the defendant agreed to liquidate any and all accounts held in his name at the Cayman National Bank and cause the funds to be wired transferred to the IRS-CI.   ECF No. 260.   The proceeds obtained from the liquidation of the above account will be applied toward the defendant's outstanding monetary forfeiture judgment.   ECF No. 260.   A wire in the amount of $5,124.42 was received by IRS-CI on or about October 31, 2016.

AND WHEREAS, as a result, the United States caused to be published a Notice of Forfeiture on the United States official forfeiture website, www.forfeiture.gov, which advised all third parties of their right to petition the Court within sixty days of the first day of publication on www.forfeiture.gov for a hearing to adjudicate the validity of their alleged legal interest in said property.   ECF No. 265.

AND WHEREAS, Notice of Forfeiture was mailed directly to Penny Thomas via regular United States mail and certified mail with return receipt requested and the certified mail was delivered on November 15, 2016.

AND WHEREAS, since that time, no person or entity has made any claim to or declared any interest in said property, and the time for filing petitions has expired.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:    That all right, title, and interest in the $5,124.42 received from the Cayman National Bank account number ending in 0783 previously located in the Cayman Islands in the name of Sterling Barnes Ltd. with Brian Thomas being the signatory is condemned, forfeited and vested in the United States of America.    That said property is forfeited as substitute assets of Brian Keith Thomas to satisfy the financial obligations owed by Brian Keith Thomas in this criminal case;

AND WHEREAS, that all interest accrued is further forfeited to the government.

AND WHEREAS, that no person or entity has established that they have any legal right, title or interest in said property forfeited to the United States of America, and said forfeitures are now final.

AND WHEREAS, that the United States Marshals Service and/or the Internal Revenue Service - CI shall dispose of said property in accordance with law.

**IT IS SO ORDERED** this 15th day of December 2017.

s/ *M. Casey Rodgers*

**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**